IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DESMOND TENENG,

    Petitioner,

v.                                                                                  No. 2:26-cv-00601-SMD-LF

PAMELA BONDI, KRISTI NOEM,
MARY DE ANDA YBARRA, and
DORA CASTRO,

    Respondents.

## ORDER TO ANSWER AND ENJOINING THE TRANSFER OF PETITIONER OUT OF DISTRICT

    Before the Court is Petitioner Desmond Teneng's ("Petitioner's) Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, filed on February 27, 2026. Petitioner is a citizen of Cameroon and is in Immigration and Customs Enforcement's ("ICE's") custody at the Otero County Processing Center in Chaparral, New Mexico. Doc. 1 ¶¶ 1, 6.

    Petitioner entered the United States in November of 2024, and was immediately apprehended by immigration authorities in El Paso, Texas. Doc. 1, Ex. 3 (Petitioner's Declaration). Petitioner then filed for asylum. Doc. 1 ¶ 10. On March 25, 2025, an immigration judge denied Petitioner's asylum application, but granted him withholding of removal to Cameroon. *Id.* The order became final on April 25, 2025. *Id.* The government has not successfully removed Petitioner from the United States. *Id.* ¶ 11. Petitioner alleges that ICE has been unable to secure travel documents from Cameroon. *Id.* ¶ 14. Petitioner has now been in ICE's custody for over a year. *Id.* Petitioner challenges his ongoing detention on the basis that his removal is not reasonably foreseeable under 8 U.S.C. § 1331, the Administrative Procedure Act, and violates his substantive and procedural rights under the Fifth Amendment. *Id.* ¶¶ 37–52.

This Court has jurisdiction under 28 U.S.C. § 2241.  The Court finds that Petitioner has alleged sufficient facts to survive initial review and to demonstrate a possible violation of his Fifth Amendment rights.  *Zadvydas v. Davis*, 533 U.S. 678 (2001); *Mathews v. Eldridge*, 424 U.S. 319 (1976).  Accordingly, the Court orders Respondents to answer the Petition (Doc. 1).

**IT IS THEREFORE ORDERED** that Respondents shall answer the petition no later than March 9, 2026, at 5:00 p.m. and shall show cause as to why the requested relief should not be granted.  If Petitioner elects to file an optional reply, he must do so within three days of Respondents' answer being filed.

**IT IS FURTHER ORDERED** that the Government is enjoined from transferring Desmond Teneng from the District of New Mexico while these proceedings remain pending, absent express written authorization from this Court.

_____
**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**